IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-000380-CR-W-HFS |
| JEFFREY SINGLETON | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on November 19, 2020, before Magistrate Judge Jill A. Morris, defendant entered a guilty plea to Counts One and Three of the Indictment.

In a Report and Recommendation dated November 20, 2020 (Doc. 39), Judge Morris determined that the guilty plea was knowledgeable and voluntary and that the offenses were supported by an independent basis in fact containing each essential element of the offenses.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 39) and ACCEPT defendant's guilty

plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

                                                *s/ HOWARD F. SACHS*
                                                HOWARD F. SACHS
                                                United States District Judge

Dated:  December 8, 2020
Kansas City, Missouri